UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 APR 30 PM 1:53

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. **'08 MJ 1359** |
| v. ) | COMPLAINT FOR VIOLATION OF |
| Hope Marquez-Luna ) | Title 18, United States Code Section 751(a) and 4082(a) - ESCAPE FROM FEDERAL CUSTODY |

The undersigned complainant, being duly sworn states:

That on or about April 28, 2008, in San Diego, California, in the Southern District of California, Hope Marquez-Luna did unlawfully and willfully escape from an institution in which she was confined by direction of the Attorney General, to wit: Correctional Alternatives Inc., San Diego, California, a federally contracted facility, said custody and confinement by virtue of her conviction for Title 21 USC 952 and 960, Importation of Cocaine.

And the complainant states that this complaint is based on the attached affidavit, which is incorporated herein by reference.

_____
Wade K. Gregg
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 30th day of April, 2007.

_____
Honorable Nita L. Storms
United States Magistrate Judge

## STATEMENT OF FACTS

**Souther District of California**
**San Diego, California**

On April 28th, 2008, at 0656 hours Hope Marquez-Luna signed out of Correctional Alternatives Inc. to attend the Metro program located at 3295 Meade Avenue, San Diego, CA 92116 with a return time of 1830 hours. Marquez-Luna failed to return at the scheduled time. A search conducted by Correctional Alternatives Inc. staff of the facility grounds and the surrounding area to include medical facilities could provide no further details in regards to Marquez-Luna's whereabouts.

Dated April, 30, 2008

Wade K. Gregg
Deputy United States Marshal
United States Marshals service

Subscribed and sworn to before me
on this 30th day of April, 2008

Honorable Nita L. Storms
United States Magistrate Judge